IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| OCTAVIOUS WILLIAMS, | : |
| Petitioner, | : |
| v. | : CASE NO.: 1:23-CV-95 (LAG) (TQL) |
| KARL FORT, | : |
| Respondent. | : |

## **ORDER**

Before the Court is Petitioner Octavious Williams' Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1), challenging his November 7, 2001 conviction in the Superior Court of Dougherty County, Georgia. Petitioner's first habeas petition in this Court challenging his November 7, 2001 Dougherty County conviction was dismissed as untimely. *See Williams v. Smith*, No. 1:07-CV-68 (WLS), (Doc. 15) (M.D. Ga. Jan. 14, 2008). A review of the Court's records reveals that Petitioner subsequently filed numerous habeas petitions challenging the same conviction. *See, e.g.*, *Williams v. Philbin*, No. 1:22-CV-39 (LAG) (TQL), (Doc. 4 at 1 & n.1) (M.D. Ga. May 5, 2022) (dismissing Petitioner's habeas petition as successive and identifying dozens of other Middle District of Georgia habeas petitions challenging the same November 7, 2001 conviction in Dougherty County).[1]

---

[1] *See also Williams v. McLaughlin*, No. 1:13-CV-148 (WLS) (TQL) (M.D. Ga. Sept. 10, 2013); *Williams v. Caldwell*, No. 1:15-CV-33 (LJA) (TQL) (M.D. Ga. Feb. 5, 2015); *Williams v. Caldwell*, No. 1:15-CV-186 (WLS) (TQL) (M.D. Ga. Nov. 23, 2015); *Williams v. Caldwell*, No. 1:16-CV-61 (LJA) (TQL) (M.D. Ga. Apr. 4, 2016); *Williams v. Caldwell*, No. 1:16-CV-114 (LJA) (TQL) (M.D. Ga. June 27, 2016); *Williams v. Caldwell*, No. 1:16-CV-185 (WLS) (TQL) (M.D. Ga. Oct. 11, 2016); *Williams v. Caldwell*, No. 1:17-CV-18 (LJA) (TQL) (M.D. Ga. Jan. 19, 2017); *Williams v. Caldwell*, No. 1:17-CV-96 (WLS) (TQL) (M.D. Ga. May 22, 2017); *Williams v. Deal*, No. 1:18-CV-93 (WLS) (TQL) (M.D. Ga. Apr. 27, 2018); *Williams v. Toby*, No. 1:18-CV-228 (LAG) (TQL) (M.D. Ga. Dec. 10, 2018); *Williams v. Brawner*, No. 1:19-CV-212 (LAG) (TQL) (M.D. Ga. Nov. 22, 2019); *Williams v. Berry*, No. 1:20-CV-246 (LAG) (TQL) (M.D. Ga. Nov. 30, 2020); *Williams v. Jefferson*, No. 1:21-CV-153 (LAG) (TQL) (M.D. Ga. Sept. 1, 2021);

A state habeas petitioner seeking to file a second or successive § 2254 petition must first "'move in the appropriate court of appeals for an order authorizing the district court to consider the [petition]' before he files it in district court." *Holland v. Sec'y, Fla. Dep't of Corr.*, 941 F.3d 1285, 1287 (11th Cir. 2019) (per curiam) (quoting 28 U.S.C. § 2244(b)(3)(A)). The instant Petition is successive under 28 U.S.C. § 2244(b), but Petitioner has not obtained an order from the Eleventh Circuit Court of Appeals authorizing this Court to consider the Petition. Without such an order, this Court lacks "jurisdiction to consider his petition on the merits and ha[s] no choice but to dismiss it." *Id.* (citing *Burton v. Stewart*, 549 U.S. 147, 157 (2007)); 28 U.S.C. § 2244(b)(3)(A).

A district court's "dismissal of a successive habeas petition for lack of subject-matter jurisdiction does not constitute a 'final order in a habeas proceeding' for purposes of 28 U.S.C. § 2253(c). Instead, such a dismissal is a 'final decision' pursuant to 28 U.S.C. § 1291 and a [certificate of appealability] is thus 'unnecessary.'" *Bolin v. Sec'y, Fla. Dep't of Corr.*, 628 F. App'x 728, 730 (11th Cir. 2016) (per curiam) (quoting *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004)). Accordingly, the Court will not address whether Petitioner has met the standards for a certificate of appealability.

For the reasons stated above, Petitioner's § 2254 Petition (Doc. 1) is **DISMISSED without prejudice**. Petitioner may file a motion for leave to file a second or successive habeas petition with the Eleventh Circuit Court of Appeals pursuant to 28 U.S.C. § 2244(b)(3). The Clerk of Court is **DIRECTED** to provide Petitioner with the application form required by the Eleventh Circuit.

**SO ORDERED**, this 12th day of July, 2023.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**

---

*Williams v. Philbin*, No. 1:22-CV-7 (LAG) (M.D. Ga. Jan. 26, 2022); *Williams v. Philbin*, No. 1:22-CV-45 (LAG) (TQL) (M.D. Ga. Apr. 14, 2022).