IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

OCTAVIOUS WILLIAMS,                           *

                    Petitioner,               *

v.                                                      Case No.  1:23-CV-95 (LAG)(TQL)

                                              *

KARL FORT,                                    *

                    Respondent.               *

_____                   *

## J U D G M E N T

      Pursuant to this Court's Order dated July 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

      This 12th day of July, 2023.

                            David W. Bunt, Clerk

                            s/ M. Danielle Morrow, Deputy Clerk